B1 (Official Form 1)(4/10)

# United States Bankruptcy Court
## Southern District of New York

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): <br> Rooney, David M | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) <br> xxx-xx-5816 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State): <br> 310 East 241th Street <br> Bronx, NY <br> ZIP Code 10470 | Street Address of Joint Debtor (No. and Street, City, and State): <br> ZIP Code |
| County of Residence or of the Principal Place of Business: <br> Bronx | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): <br> ZIP Code | Mailing Address of Joint Debtor (if different from street address): <br> ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | PROMAX Carpentry Inc. <br> 976 Mclean Ave <br> Yonkers, NY 10704 |

### Type of Debtor
(Form of Organization) (Check one box)

- ■ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

### Filing Fee (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Rooney, David M |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: – None – | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: Promax Carpentry, Inc | Case Number: 10-24238 | Date Filed: 10/28/10 |
| District: SDNY | Relationship: Debtor is controlling shareDrain | Judge: |

| **Exhibit A** | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)  ☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).  **X**_____  Signature of Attorney for Debtor(s)       (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Rooney, David M |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** /s/ David M Rooney
Signature of Debtor David M Rooney

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

July , 2011
Date

### Signature of Attorney*

**X** /s/ Gabriel Del Virginia, Esq.
Signature of Attorney for Debtor(s)

Gabriel Del Virginia, Esq. (GDV-4951)
Printed Name of Attorney for Debtor(s)

LAW OFFICES OF GABRIEL DEL VIRGINIA
Firm Name

488 Madison Avenue,
19th Floor,
New York, NY 10022
Address

Email: gabriel.delvirginia@verizon.net
212-371-5478  Fax: 212-371-0460
Telephone Number

July , 2011
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

AIRSEAL INSULATION SYSTEMS
234 SIXTH STREET
BROOKLYN, NY 11215


ARCH SPECIALTY INSURANCE
C/O ACCESS RECEIVABLES
P.O. BOX 9801
BALTIMORE, MD 21284


BANK OF AMERICA
P.O. BOX 15019
WILMINGTON, DE 19886-5019


BARNES IACCARINO & SHEPHARD
258 SAW MILL RIVER ROAD
ELMSFORD, NY 10523


BUILDING CONTRACTORS
ASSOCIATION
451 PARK AVE. SOUTH
NEW YORK, NY 10016


CARPENTER PENSION FUND
C/O ROGER MAHER
23 83RD STREET
BROOKLYN, NY 11209


CHASE
800 BROOKSEDGE BLVD.
WESTERVILLE, OH 43081


CHASE
800 BROOKSEDGE BLVD.
WESTERVILLE, OH 43081


CHASE BUSINESS CREDIT CARD
P.O. BOX 9001022
LOUISVILLE, KY 40290-1022


E-Z PASS VIOLATION BUREAU
P.O. BOX 52005
NEWARK, NJ 07101

```
E.S. BRUNO
30 LARK AVENUE
SUITE 100
WHITE PLAINS, NY 10607


E.S. BRUNO LAW FIRM, P.C.
30 LARK AVENUE
SUITE 100
WHITE PLAINS, NY 10607


EMPIRE STATE CARPENTERS
FRINGE BENEFIT FUNDS
14 SAW MILL RIVER RD STE 1
HAWTHORNE, NY 10532


HILTI INC
P.O. BOX 21148
TULSA, OK 74121


HILTI INC
P.O. BOX 382002
PITTSBURGH, PA 15250


INTERNAL REVENUE SERVICE
HOLTSVILLE, NY


INTERNAL REVENUE SERVICE
HOLTSVILLE, NY


INTERNAL REVENUE SERVICE
HOLTSVILLE, NY


INTERNAL REVENUE SERVICE
HOLTSVILLE, NY


INTERNAL REVENUE SERVICE
OGDEN, UT 84201
```

KAMCO SUPPY CORP.
C/O MARSHALL M. STERN
17 CARDIFF COURT
HUNTINGTON STATION, NY 11746


LEVY DIAMOND BELLO & ASSOC.
P.O. BOX 352
MILFORD, CT 06460


LOUIS M. IANNUCCI & CO.
75 NORTH CENTRAL AVENUE
ELMSFORD, NY 10523


MAJESTIC INSURANCE CO.
C/O VAN DINTER & ASSOCIATES
43525 RIDGE PARK DR. STE 300
TEMECULA, CA 92590


MARJAM SUPPLY CO.
885 CONKLIN STREET
FARMINGDALE, NY 11735


MICHAEL MISSAILIDIS LLC
P.O. BOX 8891
NEW FAIRFIELD, CT 06812


NES RENTALS
C/O RMC
P.O. BOX 2471
WOBURN, MA 01888


NEW YORK CITY DEP'T OF FINANCE
PARKING VIOLATIONS
P.O. BOX 3600
NEW YORK, NY 10008


PAINTING INDUSTRY INSURANCE
45 W 14TH STREET
NEW YORK, NY 10011


PROMAX CARPENTRY INC.
976 MCLEAN AVE
SUITE 415
YONKERS, NY 10704

```
PROMAX CARPENTRY INC.
976 MCLEAN AVE
SUITE 415
YONKERS, NY 10704


PROMAX CARPENTRY INC.
976 MCLEAN AVE
SUITE 415
YONKERS, NY 10704


PROMAX CARPENTRY INC.
976 MCLEAN AVE
SUITE 415
YONKERS, NY 10704


PROMAX CARPENTRY INC.
976 MCLEAN AVE
SUITE 415
YONKERS, NY 10704


PROMAX CARPENTRY INC.
976 MCLEAN AVE
SUITE 415
YONKERS, NY 10704


PROMAX CARPENTRY INC.
976 MCLEAN AVE
SUITE 415
YONKERS, NY 10704


PROMAX CARPENTRY INC.
976 MCLEAN AVE
SUITE 415
YONKERS, NY 10704


PROMAX CARPENTRY INC.
976 MCLEAN AVE
SUITE 415
YONKERS, NY 10704


PROMAX CARPENTRY INC.
976 MCLEAN AVE
SUITE 415
YONKERS, NY 10704
```

PROMAX CARPENTRY INC.
976 MCLEAN AVE
SUITE 415
YONKERS, NY 10704

PROMAX CARPENTRY INC.
976 MCLEAN AVE
SUITE 415
YONKERS, NY 10704

PROMAX CARPENTRY INC.
976 MCLEAN AVE
SUITE 415
YONKERS, NY 10704

PROMAX CARPENTRY INC.
976 MCLEAN AVE
SUITE 415
YONKERS, NY 10704

PROMAX CARPENTRY INC.
976 MCLEAN AVE
SUITE 415
YONKERS, NY 10704

PROMAX CARPENTRY INC.
976 MCLEAN AVE
SUITE 415
YONKERS, NY 10704

PROMAX CARPENTRY INC.
976 MCLEAN AVE
SUITE 415
YONKERS, NY 10704

PROMAX CARPENTRY INC.
976 MCLEAN AVE
SUITE 415
YONKERS, NY 10704

PROMAX CARPENTRY INC.
976 MCLEAN AVE
SUITE 415
YONKERS, NY 10704

PROMAX CARPENTRY INC.
976 MCLEAN AVE
SUITE 415
YONKERS, NY 10704

PROMAX CARPENTRY INC.
976 MCLEAN AVE
SUITE 415
YONKERS, NY 10704

RMS
340 INTERSTATE N. PARKWAY
PO BOX 723001
ATLANTA, GA 31139

SCREWS AND MORE
47 NORTH LAWN AVENUE
ELMSFORD, NY 10523

TERENCE MCKENNA
414 KIMBALL AVENUE
YONKERS, NY 10704

WAYNE BATCHELER
161 WEST 16TH STREET
NEW YORK, NY 10011

WELLS FARGO
PO BOX 98751
LAS VEGAS, NV 89193

WELLS FARGO
PO BOX 98751
LAS VEGAS, NV 89193

WELLS FARGO
PO BOX 98751
LAS VEGAS, NV 89193

WELLS FARGO
1000 BLUE GENTIAN ROAD
SUITE 300
SAINT PAUL, MN 55121

```
WORKERS COMP. BOARD
20 PARK STREET
ROOM 202
ALBANY, NY 12207

WORTH CONSTRUCTIOIN CO., INC.
C/O GERARD J. ONORATA
41 MADISON AVE
NEW YORK, NY 10010
```